Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**24- 2375**

**SECT.LMAG.2**

_____ )   Case No. _____

Norman Marcel Pete ) _(to be filled in by the Clerk's Office)_
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )   Jury Trial: *(check one)*  ☑Yes  ☐No
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
)
State of Louisiana )
_____ )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names. Do not include addresses here.) )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s) Norman Marcel Pete

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name               Norman Marcel Pete
Address            1027 Henriette Delille Street
                   New Orleans     LA        70116
                           *City*          *State*           *Zip Code*

County             Orleans Parish
Telephone Number   (504) 458-1388
E-Mail Address     normanpete08@gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                     Liz Murrill
    Job or Title *(if known)*  Attorney General
    Address                  1885 North Third Street
                             Baton Rouge     LA        70802
                                    *City*          *State*           *Zip Code*

    County                   East Baton Rouge (Parish)
    Telephone Number         (225) 326-6708
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☑ Official capacity

Defendant No. 2
    Name
    Job or Title *(if known)*
    Address

                                    *City*          *State*           *Zip Code*
    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name _____

    Job or Title *(if known)* _____

    Address _____

| _____ | _____ | _____ |
| *City* | *State* | *Zip Code* |

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Address _____

| _____ | _____ | _____ |
| *City* | *State* | *Zip Code* |

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity      ☐ Official capacity

**II.**    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

5th Amend Const. 8th Amend., 14th Amend. U.S. Const.

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. In April of 2004, the Assistant district attorney knowingly had the victim in the courtroom while the detective was being questioned and cross-examined. Then the victim was called to testify afterwards.

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? Orleans Parish Criminal District Court, 2700 Tulane Ave, New Orleans, Louisiana 70119.

B.  What date and approximate time did the events giving rise to your claim(s) occur? April 2004 9 AM

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* I was denied due process. The Assistant District Attorney denied my rights to a fair trial. The Assistant District Attorneys offered me fifteen years in Prison; I accepted, but five more was added to obtain my right to appeal.

## IV.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. A broken nose, Mental Anguish, and Emotional Distress.

## V.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I am requesting that the court award me punitive damages in the amount of $20,000,000 (twenty million dollars).

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _9 . 27 . 2024_

Signature of Plaintiff    _Norman Pete_

Printed Name of Plaintiff    _Norman Marcel Pete_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____



